UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24848-COOKE/GOODMAN

YOANIS PIEDRA, *et al.*,

    Plaintiffs,

vs.

TRANSPORTE EL SOL DE AMERICA,
CORP., *a Florida corporation*, *et al.*,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") on FLSA Settlement of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 30. The R&R concerns the parties' joint motion for settlement approval, ECF No. 25.

Judge Goodman recommends I find the parties' settlement agreement to be fair and reasonable and approve the settlement. Judge Goodman also recommends the action be dismissed with prejudice and this Court retain jurisdiction to enforce the terms of the Parties' settlement. Neither party objected to Judge Goodman's Report and Recommendation and the time to do so has passed. After reviewing the parties' motion, Judge Goodman's R&R, and the Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), I find Judge Goodman's Report clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R is **AFFIRMED and ADOPTED** as Order of this Court. It is hereby **ORDERED and ADJUDGED** as follows:

1. The parties' joint motion to approve settlement agreement, ECF No. 25, is **GRANTED**.
2. The parties' settlement agreement is **APPROVED**.
3. This case is **DISMISSED** *with prejudice*.
4. This Court shall retain jurisdiction to enforce the terms of the settlement agreement.
5. The Court **DENIES** all pending motions as moot.

6. The Clerk shall **ADMINISTRATIVELY CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of May 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*